IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHY TILLEY,

      Plaintiff,                                CIV-S-05-0636 FCD GGH PS

      vs.

SAC. SUPERIOR COURT,

      Defendant.                               ORDER

_____/

        On July 13, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

1   Accordingly, IT IS ORDERED that:

2   1.  The Proposed Findings and Recommendations filed July 13, 2005, are
3   ADOPTED; and
4   2.  Permission to proceed in forma pauperis is DENIED, and this action is
5   dismissed with prejudice.
6   DATED: August 22, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge